UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHYTIQUE KELLY,

                                    Plaintiff,

              -against-

MARK MILLER,,

                                    Defendant.

25 CIVIL 6763 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

              SO ORDERED.

Dated:    October 27, 2025

              New York, New York

                                    _____
                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge